UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EMC CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARSHALL L. EDWARDS ) <br> ) <br> Defendant. ) <br> ) | C. A. No. 03-12513-NG |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereby jointly move this Court for an extension of time until April 1, 2004, for defendant Marshall L. Edwards to answer or otherwise respond to plaintiff's Complaint, which was delivered to defendant's home on or about February 20, 2004.

EMC CORPORATION

By its attorneys,

_____
John J. Dussi, Esq.
Cohn and Dussi, LLC
25 Burlington Mall Rd., 6th Floor
Burlington, MA 01803
Tel: (781) 494-0200

MARSHALL L. EDWARDS

By his attorneys,

_____
David E. Lurie, BBO#542030
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

Dated: March 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on March 9, 2004.

_____
David E. Lurie

# LURIE & KRUPP, LLP

ONE McKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

TEL: (617) 367-1970
FAX: (617) 367-1971

ANDREA M. FISH
SARA A. LAROCHE
THOMAS E. LENT

E-MAIL: dlurie@luriekrupp.com

March 9, 2004

Civil Clerk
United States District Court
District of Massachusetts
Suite 2300
One Courthouse Way
Boston, MA 02210

    Re:    <u>EMC Corporation v. Marshall L. Edwards, USDC No. 03-12513-NG</u>

Dear Sir/Madam:

Enclosed for filing please find:

1. Joint Motion to Extend Time to Respond to Complaint.

Thank you for your assistance.

Very truly yours,

David E. Lurie

Encl.
cc: John J. Dussi, Esq.