%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

EMC Corporation

v.

Marshall L. Edwards

**SUMMONS IN A CIVIL CASE**

**03 CV 12513 NG**

CASE NUMBER:

TO: (Name and address of Defendant)

Marshall L. Edwards
401 Edgedale Dr.
High Point, NC 27262

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn and Dussi, LLC
25 Burlington Mall Rd., 6th Floor
Burlington, MA 01803
(781) 494-0200

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

(By) DEPUTY CLERK

DEC 15 2003

DATE

EMC Corporation, et. al., Plaintiff(s)
vs.
Marshall L. Edwards, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Marshall L. Edwards
Court Case No. 03CV12513 NG

COHN & DUSSI, L.L.C.
Ms. Lisa B. Dickstein
25 Burlington Mall Road
6th Floor
Burlington, MA 01803

State of: **NORTH CAROLINA** ) ss.
County of: **DAVIE** )

**Name of Server:** **KATHY ANDERSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the **20** day of **FEBRUARY**, 20 **04** at **6:02** o'clock **P** M

**Place of Service:** at 401 Edgedale Drive, in High Point, NC 27262

**Documents Served:** the undersigned served the documents described as:
**Complaint; Statement of Damages; Verified Affidavit; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Marshall L. Edwards**

**Person Served, and Method of Service:**
[ ] By personally delivering them into the hands of the person to be served.
[X] By delivering them into the hands of **CONNIE EDWARDS**, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is **WIFE**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BLONDE**; Facial Hair ___
Approx. Age **45-50**; Approx. Height **5'4 - 5'5**; Approx. Weight **120-130**

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    2/23/04 (Date)

**APS International, Ltd.**
APS File #: 064388-0001

Subscribed and sworn to before me this **24** day of **February**, 20 **04**

_M.E. Mill_
Notary Public    (Commission Expires)

M. E. MILLER
NOTARY PUBLIC
DAVIE COUNTY, N.C.
My Commission Expires 1-20-2007

# COHN & DUSSI, LLC
## ATTORNEYS AT LAW
25 BURLINGTON MALL ROAD, 6TH FLOOR
BURLINGTON, MASSACHUSETTS 01803-4158

JOHN J. DUSSI
LEWIS J. COHN ***

MICHAEL H. THEODORE
LISA B. DICKSTEIN
CARLAMARIE LANIGAN

* ALSO ADMITTED IN DISTRICT OF COLUMBIA
** LL.M. TAXATION

TELEPHONE: 781-494-0200
FACSIMILE:  781-494-0208

Offices in Burlington & Boston
www.cohnanddussi.com

March 11, 2004

Civil Clerk's Office
UNITED STATES DISTRICT COURT
One Courthouse Way
Boston, MA 02110

Re:   EMC Corporation  vs Marshall L. Edwards

Docket No.:   03CV12513NG
Our File Number: 20030774

Dear Sir/Madam:

In regard to the above captioned matter, enclosed please find the original served Summons.

Please file the same accordingly.

Thank you for your usual courtesies.

Very truly yours,

John J. Dussi

JJD:dac
20030774