UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMC CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> MARSHALL L. EDWARDS </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) C. A. No. 03-12513-NG </br> ) </br> ) </br> ) </br> ) |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereby jointly move this Court for an extension of time until April 15, 2004, for defendant Marshall L. Edwards to answer or otherwise respond to plaintiff's Complaint. The parties state that this extension will allow them time needed to review and discuss this matter before further pleadings are filed.

| EMC CORPORATION | MARSHALL L. EDWARDS |
|---|---|
| By its attorneys, | By his attorneys, |
| _John J. Dussi (DSC)_ </br> John J. Dussi, Esq. </br> Cohn and Dussi, LLC </br> 25 Burlington Mall Rd., 6th Floor </br> Burlington, MA 01803 </br> Tel: (781) 494-0200 | _David E. Lurie_ </br> David E. Lurie, BBO#542030 </br> Lurie & Krupp, LLP </br> One McKinley Square </br> Boston, MA 02109 </br> Tel: (617) 367-1970 |

Dated: March 23, 2004

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on March 23, 2004.

_____
David E. Lurie

## LURIE & KRUPP, LLP

ONE McKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

ANDREA M. FISH
SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: dlurie@luriekrupp.com

March 23, 2004

Civil Clerk
United States District Court
District of Massachusetts
Suite 2300
One Courthouse Way
Boston, MA 02210

    Re:    <u>EMC Corporation v. Marshall L. Edwards, USDC No. 03-12513-NG</u>

Dear Sir/Madam:

Enclosed for filing please find:

1. Joint Motion to Extend Time to Respond to Complaint.

Thank you for your assistance.

Very truly yours,

David E. Lurie

Encl.
cc:    John J. Dussi, Esq.