UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EMC CORPORATION, )
 )
Plaintiff, )
 )
v. ) C. A. No. 03-12513-NG
 )
MARSHALL L. EDWARDS )
 )
Defendant. )

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereby jointly move this Court for an extension of time until May 5, 2004, for defendant Marshall L. Edwards to answer or otherwise respond to plaintiff's Complaint. The parties state that this extension will allow them time needed to review and discuss this matter before further pleadings are filed.

**EMC CORPORATION**

By its attorneys,

John J. Dussi (DEL)
John J. Dussi, Esq.
Cohn and Dussi, LLC
25 Burlington Mall Rd., 6th Floor
Burlington, MA 01803
Tel: (781) 494-0200

**MARSHALL L. EDWARDS**

By his attorneys,

David E. Lurie, BBO#542030
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

Dated: April 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on April 13, 2004.

_____
David E. Lurie