UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EMC CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 03-12513-NG |
| MARSHALL L. EDWARDS | ) ) ) | |
| Defendant. | ) ) | |

### JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereby jointly move this Court for an extension of time until May 28, 2004, for defendant Marshall L. Edwards to answer or otherwise respond to plaintiff's Complaint. The parties state that this extension will allow them time needed to review and discuss this matter before further pleadings are filed.

EMC CORPORATION

By its attorneys,

_John J. Dussi (DEL)_
John J. Dussi, Esq.
Cohn and Dussi, LLC
25 Burlington Mall Rd., 6th Floor
Burlington, MA 01803
Tel: (781) 494-0200

MARSHALL L. EDWARDS

By his attorneys,

_/s/ David E. Lurie_
David E. Lurie, BBO#542030
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

Dated: May 4, 2004

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on May 4, 2004.

_____
David E. Lurie