UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27 P 1:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

EMC CORPORATION, )
)
Plaintiff, )
)
v. ) C. A. No. 03-12513-NG
)
MARSHALL L. EDWARDS )
)
Defendant. )

## JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereby jointly move this Court for an extension of time until June 30, 2004, for defendant Marshall L. Edwards to answer or otherwise respond to plaintiff's Complaint. The parties state that they are actively engaged in review and investigation of this matter, and this extension will allow them time needed to discuss this matter before further pleadings are filed.

| | |
|---|---|
| **EMC CORPORATION** | **MARSHALL L. EDWARDS** |
| By its attorneys, | By his attorneys, |
| _John J. Dussi (DEL)_ | _David E. Lurie_ |
| John J. Dussi, Esq. | David E. Lurie, BBO#542030 |
| Cohn and Dussi, LLC | Lurie & Krupp, LLP |
| 25 Burlington Mall Rd., 6th Floor | One McKinley Square |
| Burlington, MA 01803 | Boston, MA 02109 |
| Tel: (781) 494-0200 | Tel: (617) 367-1970 |

Dated: May 27, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on May 27, 2004.

_____
David E. Lurie