UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 30 P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| EMC CORPORATION,       )<br>                        )<br>    Plaintiff,          )<br>                        )<br>    v.                  )     C. A. No. 03-12513-NG<br>                        )<br>MARSHALL L. EDWARDS     )<br>                        )<br>    Defendant.          )<br>                        ) | |

## JOINT MOTION FOR FINAL EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties hereby jointly move this Court for a final extension of time until August 6, 2004, for defendant Marshall L. Edwards to answer or otherwise respond to plaintiff's Complaint. The parties state that they have been engaged in review and investigation of this matter, and that they plan to meet and discuss possible settlement of this matter within the next two weeks. This final extension will allow them the time needed to determine whether the matter can be settled and, if not, prepare responsive pleadings. If the matter is not resolved, defendant Edwards will file such pleadings on or before August 6, 2004.

**EMC CORPORATION**

By its attorneys,

_John J. Dussi (DEL)_
John J. Dussi, Esq.
Cohn and Dussi, LLC
25 Burlington Mall Rd., 6th Floor
Burlington, MA 01803
Tel: (781) 494-0200

Dated: June 30, 2004

**MARSHALL L. EDWARDS**

By his attorneys,

_David E. Lurie_
David E. Lurie, BBO#542030
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on June 30, 2004.

_____
David E. Lurie