UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMC CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARSHALL L. EDWARDS )<br>)<br>Defendant. )<br>) | C. A. No. 03-12513-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that this action shall be dismissed with prejudice and without costs, waiving all rights of appeal.

**EMC CORPORATION**

By its attorneys,

_____
John J. Dussi, Esq.
Cohn and Dussi, LLC
25 Burlington Mall Rd., 6th Floor
Burlington, MA 01803
Tel: (781) 494-0200

Dated: 8/9, 2004

**MARSHALL L. EDWARDS**

By his attorneys,

_____
David E. Lurie, BBO#542030
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by regular mail on plaintiff's counsel John J. Dussi, Esq., Cohn and Dussi, LLC, 25 Burlington Mall Rd., 6th Floor, Burlington, MA 01803 on 8/9, 2004.

_____
David E. Lurie